

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-13-00458-CV

| | | |
|---|---|---|
| Joseph Sagastume and Patricia Sagastume | § | From the 348th District Court |
| | § | of Tarrant County (348-260051-12) |
| v. | § | March 13, 2014 |
| Wells Fargo Bank, N.A. | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM